Kaveh S. Elihu, Esq. (SBN 268249)
kelihu@ejlglaw.com
Yesenia L. Rodriguez, Esq. (SBN 331499)
yrodriguez@ejlglaw.com
**EMPLOYEE JUSTICE LEGAL GROUP, P.C.**
1001 Wilshire Boulevard
Los Angeles, California 90017
Phone: (213) 382-2222; Fax: (213) 382-2230

Attorneys for Plaintiff, STEFANIE GEBARA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

STEFANIE GEBARA, an Individual,

Plaintiff,

vs.

ABBOTT LABORATORIES, an Illinois corporation; ALERE SAN DIEGO, INC., a Delaware Corporation; ABBOTT LABORATORIES, INC., an Illinois Corporation; ALERE INC., a Delaware Corporation; ABBOTT MANAGEMENT LLC, a Delaware Limited Liability Company; ERIC PEREZ, an Individual and DOES 1 through 20, inclusive

Defendants.

**Case No.: 3:26-cv-00239-AJB-MSB**

[SDSC Case No. 25CU063743C]

*Assigned to the Honorable Anthony J. Battaglia*

**DECLARATION OF YESENIA L. RODRIGUEZ IN SUPPORT OF MOTION FOR REMAND TO SAN DIEGO SUPERIOR COURT**

(Filed Concurrently with Notice of Motion and Motion for Remand to San Diego Superior Court; Memorandum of Points & Authorities; and [Proposed] Order)

**Date:** April 30, 2026
**Time:** 10:00 a.m.
**Location:** Courtroom 4A

# DECLARATION OF YESENIA L. RODRIGUEZ

I, Yesenia L. Rodriguez, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am associated with Employee Justice Legal Group, PC, counsel of record for Plaintiff Stefanie Gebara. I have knowledge of the facts set forth herein and if called upon as a witness could and would testify competently thereto.

2. On February 6, 2026, the parties met and conferred telephonically where Plaintiff's counsel outlined the issues related to Defendants' Notice of Removal and intention to bring the instant Motion for Remand. The parties conferred in good faith, but were unable to reach a resolution, thus, necessitating the present motion.

3. The time allotted for filing this Motion to Remand began with the filing of the notice of removal by Defendant on January 14, 2026. Plaintiff's submission is therefore timely.

4. In the course of representing Plaintiff, I reviewed true and correct copies of Plaintiff's wage statements identifying Alere San Diego, Inc. as her employer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 13, 2026, at Los Angeles, California

__/s/ *Yesenia L. Rodriguez*
Yesenia L. Rodriguez

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1001 Wilshire Boulevard, Los Angeles, California 90017.

On February 13, 2026, I served the documents described on the attached **DECLARATION OF YESENIA L. RODRIGUEZ IN SUPPORT OF MOTION FOR REMAND TO SAN DIEGO SUPERIOR COURT** on the interested parties in this action as follows:

| | |
|---|---|
| Justin T. Curley Esq. (SBN 233287)<br>**SEYFARTH SHAW LLP**<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>jcurley@seyfarth.com<br>Mary D. Manesis Esq. (SBN 150372)<br>**SEYFARTH SHAW LLP**<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>mmanesis@seyfarth.com<br>aguillen@seyfarth.com | *Attorneys for Defendant:*<br>ABBOTT LABORATORIES,<br>ALERE SAN DIEGO, INC.,<br>ABBOTT LABORATORIES INC.,<br>ALERE INC.,<br>ABBOTT MANAGEMENT LLC,<br>and ERIC PEREZ |

☒ BY CM/ECF: With the Clerk of the United States District Court of California, using the CM/ECF System. the Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Court's CM/ECF System.

Executed on February 13, 2026, at Los Angeles, California.

☐ STATE I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ FEDERAL I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Crystal Brenes                */s/ Crystal Brenes*